No. 00–5362. HERNANDEZ-ZUNIGA *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 00–5587. HARMAN *v.* APFEL, COMMISSIONER OF SOCIAL SECURITY. C. A. 9th Cir. Certiorari denied.

No. 00–5999. JACKSON *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 00–6038. HITTLE *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 00–6324. JOHNS *v.* LUEBBERS, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 00–6348. SCHMITZ *v.* CALIFORNIA. App. Div., Super. Ct. Cal., Humboldt County. Certiorari denied.

No. 00–6349. LOVE *v.* TESSMER, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 00–6350. JACKSON *v.* LOUISIANA. Ct. App. La., 1st Cir. Certiorari denied.

No. 00–6351. JEFFERSON *v.* MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 00–6352. LAWRENCE *v.* GREENVILLE POLICE DEPARTMENT ET AL. C. A. 4th Cir. Certiorari denied.

No. 00–6360. RENDELMAN *v.* COLORADO. Sup. Ct. Colo. Certiorari denied.

No. 00–6364. BROWN *v.* MICHIGAN. Sup. Ct. Mich. Certiorari denied.

No. 00–6369. JOHNSON *v.* MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 00–6370. LITTLE *v.* ILLINOIS. App. Ct. Ill., 4th Dist. Certiorari denied.